THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LAWRENCE SUMMERFIELD, Appellant.

*People* v. *Summerfield*, 96 App. Div. 636, affirmed.
(Argued November 29, 1904; decided December 13, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July

18, 1904, which affirmed a judgment rendered at a Trial Term upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*David B. Hill* and *Max D. Steuer* for appellant.

*William Travers Jerome, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.